**Filed Under Seal**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 17-_____ |
| v. | : | DATE FILED:_____ |
| LAWRENCE JAMIESON<br>JOHN BROWN | : | VIOLATIONS:<br>18 U.S.C. § 2422(b) (enticement of a Minor to Engage in Sexually Illicit Conduct – 2 counts) |
| | : | 18 U.S.C. § 2251(a) (manufacturing child pornography – 18 counts) |
| | : | 18 U.S.C. § 1470 (transfer of obscene material to a minor – 1 count) |
| | : | 18 U.S.C. § 2252(a)(2) (distribution of child pornography - 8 counts) |
| | : | 18 U.S.C. § 2252(a)(2) (receipt of child pornography - 10 counts) |
| | : | 18 U.S.C. § 2252(a)(4) (possession of child pornography – 2 counts) |
| | : | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES THAT:

In or about February, 2015 through on or about August 3, 2016, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**LAWRENCE JAMIESON,**

knowingly used a facility and means of interstate and foreign commerce, that is, the Internet and cell phone, to persuade, induce, entice and coerce Minor #1, who had not attained the age of 18 years, to engage in sexual activity, for which any person could be charged with a criminal offense, and did attempt to do so, and did aid and abet, that is, JAMIESON attempted to coerce

1

Minor #1 to engage in sexual activity and record that sexual activity, in violation of 18 U.S.C. § 2251(a).

In violation of Title 18, United States Code, Section 2422(b).

## COUNTS TWO THROUGH SIXTEEN

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates listed below, each date constituting a separate count of this Indictment, in the Eastern District of Pennsylvania, and elsewhere the defendant,

## LAWRENCE JAMIESON

employed, used, persuaded, induced, enticed, and coerced, and attempted to, and aided and abetted, the employment, use, persuasion, inducement, enticement, and coercion of Minor #1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and defendant JAMIESON knew and had reason to know that the visual depiction was produced or would be transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, and the visual depiction was actually transmitted in interstate or foreign commerce:

| Count | Date of Offense |
| --- | --- |
| Two | November 10, 2015 |
| Three | November 12, 2015 |
| Four | November 16, 2015 |
| Five | November 18, 2015 |
| Six | November 19, 2015 |
| Seven | November 23, 2015 |
| Eight | November 30, 2015 |
| Nine | December 18, 2015 |
| Ten | June 17, 2015 |
| Eleven | March 12, 2016 |
| Twelve | April 12, 2016 |
| Thirteen | May 20, 2016 |
| Fourteen | July 10, 2016 |
| Fifteen | July 15, 2016 |
| Sixteen | July 17, 2016 |

All in violation of Title 18, United States Code, Sections 2251(a), and 2251(e).

## COUNTS SEVENTEEN THROUGH TWENTY-TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about the dates listed below, each date constituting a separate count of this Indictment, in the Eastern District of Pennsylvania, and elsewhere the defendant,

**LAWRENCE JAMIESON,**

knowingly received visual depictions that had been shipped using a means and facility of interstate and foreign commerce, which visual depictions showed a minor under the age of 18 years engaged in sexually explicit conduct, and the producing of those visual depictions involved the use of minors under the age of 18 years engaged in sexually explicit conduct.

| Count | Date of Offense |
|---|---|
| Seventeen | May 17, 2015 |
| Eighteen | March 12, 2016 |
| Nineteen | April 12, 2016 |
| Twenty | May 20, 2016 |
| Twenty-One | July 10, 2016 |
| Twenty-Two | July 17, 2016 |

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT TWENTY-THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about February, 2015 through on or about August 3, 2016, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

**JOHN BROWN,**

knowingly used a facility and means of interstate and foreign commerce, that is, the Internet and cell phone, to persuade, induce, entice and coerce Minor #1, who had not attained the age of 18 years, to engage in sexual activity, for which any person could be charged with a criminal offense, and did attempt to do so, and did aid and abet, that is, JAMIESON attempted to coerce Minor #1 to engage in sexual activity and record that sexual activity, in violation of 18 U.S.C. § 2251(a).

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWENTY-FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about March 6, 2015, in the Eastern District of Pennsylvania, and elsewhere, defendant

**JOHN BROWN,**

using a means or facility of interstate commerce, knowingly transferred an obscene matter to Minor #1, whom BROWN believed had not attained the age of 16 years, and who in fact was under the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## COUNTS TWENTY-FIVE THROUGH TWENTY-EIGHT

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates listed below, each date constituting a separate count of this Indictment, in the Eastern District of Pennsylvania, and elsewhere the defendant,

**JOHN BROWN,**

knowingly received visual depictions that had been shipped using a means and facility of interstate and foreign commerce, which visual depictions showed a minor under the age of 18 years engaged in sexually explicit conduct, and the producing of those visual depictions involved the use of minors under the age of 18 years engaged in sexually explicit conduct.

| Count | Date |
|---|---|
| Twenty-Five | March 6, 2015 |
| Twenty-Six | March 10, 2015 |
| Twenty-Seven | March 26, 2015 |
| Twenty-Eight | March 30, 2015 |

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNTS TWENTY-NINE THROUGH THIRTY-SIX

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates listed below, each date constituting a separate count of this Indictment, in the Eastern District of Pennsylvania, and elsewhere the defendant,

**JOHN BROWN**

knowingly distributed visual depictions that had been shipped using a means and facility of interstate and foreign commerce, which visual depictions showed a minor under the age of 18 years engaged in sexually explicit conduct, and the producing of those visual depictions involved the use of minors under the age of 18 years engaged in sexually explicit conduct.

| Count | Date |
|---|---|
| Twenty-Nine | March 6, 2015 |
| Thirty | May 21, 2016 |
| Thirty-One | May 25, 2016 |
| Thirty-Two | July 12, 2016 |
| Thirty-Three | May 21, 2016 |
| Thirty –Four | May 25, 2016 |
| Thirty-Five | July 11, 2016 |
| Thirty-Six | July 12, 2016 |

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNTS THIRTY-SEVEN THROUGH FORTY

THE GRAND JURY FURTHER CHARGES THAT:

On or about the dates listed below, each date constituting a separate count of this Indictment, in the Eastern District of Pennsylvania, and elsewhere the defendant,

**JOHN BROWN**

employed, used, persuaded, induced, enticed, and coerced, and attempted to, and aided and abetted, the employment, use, persuasion, inducement, enticement, and coercion of Minor #1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and defendant BROWN knew and had reason to know that the visual depiction was produced or would be transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, and the visual depiction was actually transmitted in interstate or foreign commerce:

| Count | Date of Offense |
|---|---|
| Thirty-Seven | May 17, 2015 |
| Thirty-Eight | May 6, 2016 |
| Thirty-Nine | June 4, 2015 |
| Forty | September 19, 2013 |

All in violation of Title 18, United States Code, Sections 2251(a), and 2251(e).

## COUNT FORTY-ONE

**THE GRAND JURORS FURTHER CHARGE THAT:**

On or about August 3, 2015, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

### LAWRENCE JAMIESON

knowingly possessed books, magazines, periodicals, films, video tapes and other matter, namely a laptop computer, external storage devices, and cellular telephones, which contained visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## COUNT FORTY-TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 3, 2015, in the Eastern District of Pennsylvania, and elsewhere, the defendant,

## JOHN BROWN

knowingly possessed books, magazines, periodicals, films, video tapes and other matter, namely cellular telephones, and email accounts, which contained visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce. The production of these visual depictions involved the use of minors engaging in sexually explicit conduct and the visual depictions were of minors engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 2422(b), 2251(a), 2252(a)(2) and 2252(a)(4)(B), as set forth in this indictment, defendants

**LAWRENCE JAMIESON and
JOHN BROWN**

shall forfeit to the United States of America:

(a) any visual depiction described in section 2252, or any film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received as a result of such violation;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violation;

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such violation; and

(d) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 18, United States Code, Sections 2422(b), 2251(a), 2252(a)(2) and 2252(a)(4)(B), including, but not limited to:

i. Thumb drives, CDs, and DVDs, taken from LAWRENCE JAMIESON on the date of the search warrant;
ii. Toshiba Satellite laptop, with no identifiable serial number, taken from LAWRENCE JAMIESON on the date of the search warrant;
iii. Samsung Galazy Note 6S cellular telephone, electronic serial number 990005880006045;
iv. LG Flip cellular telephone, model GPLG440GB, serial number 412CYEA523428;
v. Pure Digital F260G flip video recorder, serial number GS2080406931
vi. Samsung Galaxy Note 5, SM-N920T, serial number RF8H2026RXE; and
viii. HTC cellular telephone (IMEI 358209040244597.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

*Peter F Schenck for*

**LOUIS D. LAPPEN**
**Acting United States Attorney**